UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA     :

      v.                            :    MAGISTRATE NO. 06-1138

Kevin Dyall

O R D E R

AND NOW, this 27th day of December, 2018, upon consideration of the within Motion, it is hereby

ORDERED

that the Complaint and Warrant charging the defendant with a violation of Title 18, United States Code, Section 1073 be and the same is hereby dismissed.

BY THE COURT

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA    :

    v.    :    MAGISTRATE NO. 06-1138

Kevin Dyall

### MOTION TO DISMISS COMPLAINT AND WARRANT

The United States of America, by its attorneys, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and David Joanson, a Special Assistant United States Attorney for the District, respectfully moves this Court to dismiss the Complaint and Warrant in the above entitled case and in support of this Motion avers:

1. On November 14, 2006, an arrest warrant, charging defendant KEVIN DYALL with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073, was issued by the Honorable Linda Caracappa, United States Magistrate Judge, Eastern District of Pennsylvania.

2. Following an exhaustive decade-long manhunt for the fugitive, BURGOS, he continues to elude authorities. Due to other investigative priorities, the Federal Bureau of Investigation will be closing their fugitive investigation into locating DYALL and as such, the Government is dismissing the Unlawful Flight to Avoid Prosecution warrant

Respectfully submitted,

William M. McSwain
United States Attorney

David Joanson
Special Assistant United States Attorney